

## BoylanBrown
### Growth.Protection.Succession.
BUSINESS AND CORPORATE LAW

January 18, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
1220 Federal Building
Rochester, New York 14614

    RE: Kimberly Ann DeNoto/Case #10-20247
          Request of Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $3.19. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds".

    \_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    \_x\_ The funds represent dividend payment of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant <u>GE Money Bank dba QCRD</u> Amount $<u>1.19</u>     Claims Register #<u>7</u>

    Claimant <u>GE Money Bank dba Lowes</u> Amount $<u>2.00</u>     Claims Register #<u>10</u>

Warren H. Heilbronner, Trustee

Boylan, Brown, Code, Vigdor & Wilson, LLP
2400 Chase Square
Rochester · New York · 14604
OFFICE .585.232.5300 FAX .585.232.3528

Connecticut Office
1007 Farmington Avenue · Suite 4
West Hartford · Connecticut · 06107
OFFICE .860.231.1050 FAX .860.231.1052

EMAIL info@boylanbrown.com
WEB .www.boylanbrown.com

PRIMERUS

FILED 2011 JAN 19 AM 10:21 U.S. BANKRUPTCY COURT W.D.N.Y. - ROCHESTER